# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEJANDRO AVILES-PEREZ,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:13-cv-00173-RCJ-VPC

**ORDER**

    IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

    Dated: This 8th day of November, 2013.

                                          ROBERT C. JONES
                                          Chief United States District Judge