# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRO AVILES-PEREZ,<br><br>　　Petitioner,<br><br>vs.<br><br>ROBERT LEGRAND, et al.,<br><br>　　Respondents. | Case No. 3:13-cv-00173-RCJ-VPC<br><br>**ORDER** |

　　IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

　　Dated: This 8th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge